**Form 154A**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

5

In re:                                                                                          Bankruptcy Case No.: 18−23585−CMB

Chapter: 13

**Jeffrey C. Killian**                                   Angelic M. Killian
　　Debtor(s)                                            fka Angelic M. Serena

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

　　Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **November 19, 2018**.

　　Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

　　The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

　　There is no fee for filing the proof of claim.

　　**Any creditor who has filed a proof of claim already need not file another proof of claim.**

　　Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                       Michael R. Rhodes
　U.S. Bankruptcy Court                                                   *Clerk, U.S. Bankruptcy Court*
　c/o CLAIMS CLERK
　5414 U.S Steel Tower
　600 Grant Street
　Pittsburgh, PA 15219

Dated: 9/11/18

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                      Case No. 18-23585-CMB
Jeffrey C. Killian                                          Chapter 13
Angelic M. Killian
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: admin              Page 1 of 2              Date Rcvd: Sep 11, 2018
                              Form ID: 154A            Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
```
db/jdb         +Jeffrey C. Killian,   Angelic M. Killian,   504 E. Second Ave.,   Tarentum, PA 15084-1902
14912533        Alle-Kiski Employees FCU,   c/o Alle-Kiski Medical Center,   1 Carlise Dr.,
                 Natrona Heights, PA 15065
14912535       +Borough of Tarentum,   c/o Karen Marietti, Tax Collector,   318 Second Ave.,
                 Tarentum, PA 15084-1835
14912536       +CACH LLC/Resurgent Capital Services,   PO Box 1269,   Greenville, SC 29602-1269
14912537       +Carrington Mortgage Services,   PO Box 3010,   Anaheim, CA 92803-3010
14912538        Comcast Business,   P.O. Box 3002,   Southeastern, PA 19398-3002
14912542       +EMP of Alle-Kiski, LTD,   c/o Nationwide Recovery Systems,   2304 Tarpley,   Suite 134,
                 Carrollton, TX 75006-2470
14912543        First Premier Bank,   3820 North Louise Avenue,   Sioux Falls, SD 57107-0145
14912547       +Kays Jewelers,   PO BOX 4485,   Beaverton, OR 97076-4485
14912548       +Keystone Collection Group,   546 Wendel Road,   Irwin, PA 15642-7539
14912552       +Mariner Finance,   8211 Towne Center Dr.,   Nottingham, MD 21236-5904
14912555        Verizon,   500 Technology Drive, Suite 550,   Water Springs, MO 66304
14912556       +Victoria Secret/Comenity Bank,   PO Box 182709,   Columbus, OH 43218-2709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14912534       +E-mail/Text: bk@avant.com Sep 12 2018 02:06:29      Avant,   222 N. LaSalle Street,   Suite 1700,
                 Chicago, IL 60601-1101
14912539        E-mail/PDF: creditonebknotifications@resurgent.com Sep 12 2018 02:16:05      Credit One Bank,
                 P.O. Box 98872,   Las Vegas, NV 89193-8872
14912544       +E-mail/Text: dhowells@goldenrams.com Sep 12 2018 02:05:34      Highlands School District,
                 PO Box 288,   Natrona Heights, PA 15065-0288
14912545        E-mail/Text: cio.bncmail@irs.gov Sep 12 2018 02:05:42      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
14912546       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 02:16:02      JC Penny Company,
                 c/o Synchrony Bank,   P.O. Box 965007,   Orlando, FL 32896-5007
14912551        E-mail/Text: bklcard@lendup.com Sep 12 2018 02:06:32      Lendup Card Services,
                 225 Bush Street,   Suite 1100,   San Francisco, CA 94104
14912550       +E-mail/Text: bkrpt@retrievalmasters.com Sep 12 2018 02:06:05
                 Laboratory Corporation of America,   c/o American Medical Collection Agency,
                 4 Westchester Plaza,   Elmsford, NY 10523-1612
14912553       +E-mail/Text: bkr@cardworks.com Sep 12 2018 02:05:29      Merrick Bank,   P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
14912554        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2018 02:05:59
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14912540*       Credit One Bank,   P.O. Box 98872,   Las Vegas, NV 89193-8872
14912541*       Credit One Bank,   P.O. Box 98872,   Las Vegas, NV 89193-8872
14912549*      +Keystone Collection Group,   546 Wendel Road,   Irwin, PA 15642-7539
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: admin              Page 2 of 2              Date Rcvd: Sep 11, 2018
                              Form ID: 154A            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
         Kenneth   Steidl     on behalf of Debtor Jeffrey C. Killian julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
          eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinber
          g.com
         Kenneth   Steidl     on behalf of Joint Debtor Angelic M. Killian julie.steidl@steidl-steinberg.com,
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
          eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinber
          g.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                          TOTAL: 4