IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Jeffrey C. Killian | ) | |
| Angelic M. Killian, | ) | |
| *Debtors* | ) | Case No. 18-23585 CMB |
| | ) | Chapter 13 |
| Jeffrey C. Killian | ) | |
| Angelic M. Killian, | ) | |
| *Movants* | ) | Document No. 15 |
| | ) | |
| Vs. | ) | |
| | ) | |
| *No Respondents* | ) | |

### ORDER OF COURT

AND NOW, to wit, this **11th** day of **October**, 2018, it is hereby ORDERED, ADJUDGED and DECREED, that the debtors, Jeffrey & Angelic Killian are hereby granted an extension until October 23, 2018 to file a completed Chapter 13 petition and plan.

FURTHER ORDERED:

_____
U.S. Bankruptcy Judge

FILED
10/11/18 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffrey C. Killian  
Angelic M. Killian  
      Debtors

Case No. 18-23585-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Oct 11, 2018  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.  
db          +Jeffrey C. Killian,    504 E. Second Ave.,    Tarentum, PA 15084-1902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:  
         Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue    Office of Attorney General    akovalchick@attorneygeneral.gov  
         James Warmbrodt    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A    bkgroup@kmllawgroup.com  
         Kenneth Steidl    on behalf of Debtor Jeffrey C. Killian julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Kenneth Steidl    on behalf of Joint Debtor Angelic M. Killian julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                          TOTAL: 6