| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jeffrey C. Killian**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–9033**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Angelic M. Killian**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–7760**<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13**  **9/10/18** |
| Case number:  **18–23585–CMB** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| 1. **Debtor's full name** | Jeffrey C. Killian | Angelic M. Killian |
| 2. **All other names used in the last 8 years** |  | fka Angelic M. Serena |
| 3. **Address** | 504 E. Second Ave.<br>Tarentum, PA 15084 | 504 E. Second Ave.<br>Tarentum, PA 15084 |
| 4. **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email:  julie.steidl@steidl–steinberg.com |
| 5. **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 10/17/18 |

**For more information, see page 2**

Debtor **Jeffrey C. Killian** and **Angelic M. Killian**     Case number **18–23585–CMB**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 12, 2018 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/11/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/19/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/11/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/12/18** at **11:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-23585-CMB
Jeffrey C. Killian                                                              Chapter 13
Angelic M. Killian
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: gamr                  Page 1 of 2            Date Rcvd: Oct 17, 2018
                                Form ID: 309I               Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db/jdb         +Jeffrey C. Killian,    Angelic M. Killian,    504 E. Second Ave.,    Tarentum, PA 15084-1902
aty            +Anthony T. Kovalchick,    PA Office of the Attorney General,    1251 Waterfront Place,
                 Mezzanine Level,    Pittsburgh, PA 15222-4227
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr             +Carrington Mortgage Services, LLC as servicer for,    1600 South Douglass Road,    Suite 200-A,
                 Anaheim, CA 92806-5951
cr             +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    1251 Waterfront Place,
                 Mezzanine Level,    Pittsburgh, PA 15222-4227
14912533        Alle-Kiski Employees FCU,    c/o Alle-Kiski Medical Center,    1 Carlise Dr.,
                 Natrona Heights, PA 15065
14931097       +Allegheny Valley Hospital Federal Credit Union,    1301 Carlisle Street,
                 Natrona Heights, PA 15065-1152
14912535       +Borough of Tarentum,    c/o Karen Marietti, Tax Collector,    318 Second Ave.,
                 Tarentum, PA 15084-1835
14912536       +CACH LLC/Resurgent Capital Services,    PO Box 1269,    Greenville, SC 29602-1269
14912537       +Carrington Mortgage Services,    PO Box 3010,    Anaheim, CA 92803-3010
14912538        Comcast Business,    P.O. Box 3002,    Southeastern, PA 19398-3002
14912542       +EMP of Alle-Kiski, LTD,    c/o Nationwide Recovery Systems,    2304 Tarpley,    Suite 134,
                 Carrollton, TX 75006-2470
14912547       +Kays Jewelers,    PO BOX 4485,    Beaverton, OR 97076-4485
14912548       +Keystone Collection Group,    546 Wendel Road,    Irwin, PA 15642-7539
14912552       +Mariner Finance,    8211 Towne Center Dr.,    Nottingham, MD 21236-5904
14912555        Verizon,    500 Technology Drive, Suite 550,    Water Springs, MO 66304
14912556       +Victoria Secret/Comenity Bank,    PO Box 182709,    Columbus, OH 43218-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: julie.steidl@steidl-steinberg.com Oct 18 2018 02:33:06      Kenneth Steidl,
                 Steidl & Steinberg,    Suite 2830 Gulf Tower,    707 Grant Street,    Pittsburgh, PA  15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2018 02:33:50      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 18 2018 02:33:55
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14912534       +E-mail/Text: bk@avant.com Oct 18 2018 02:34:17      Avant,    222 N. LaSalle Street,    Suite 1700,
                 Chicago, IL 60601-1101
14912539        EDI: RCSFNBMARIN.COM Oct 18 2018 06:18:00      Credit One Bank,    P.O. Box 98872,
                 Las Vegas, NV 89193-8872
14912543        EDI: AMINFOFP.COM Oct 18 2018 06:18:00      First Premier Bank,    3820 North Louise Avenue,
                 Sioux Falls, SD 57107-0145
14912544       +E-mail/Text: dhowells@goldenrams.com Oct 18 2018 02:33:15      Highlands School District,
                 PO Box 288,    Natrona Heights, PA 15065-0288
14912545        EDI: IRS.COM Oct 18 2018 06:18:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14912546       +EDI: RMSC.COM Oct 18 2018 06:18:00      JC Penny Company,    c/o Synchrony Bank,
                 P.O. Box 965007,    Orlando, FL 32896-5007
14912551        E-mail/Text: bklcard@lendup.com Oct 18 2018 02:34:20      Lendup Card Services,
                 225 Bush Street,    Suite 1100,    San Francisco, CA 94104
14912550       +EDI: RMCB.COM Oct 18 2018 06:18:00      Laboratory Corporation of America,
                 c/o American Medical Collection Agency,    4 Westchester Plaza,    Elmsford, NY 10523-1612
14912553       +EDI: MERRICKBANK.COM Oct 18 2018 06:18:00      Merrick Bank,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
14913241       +EDI: PRA.COM Oct 18 2018 06:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14912554        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2018 02:33:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14931923*       Alle-Kiski Employees FCU,    c/o Alle-Kiski Medical Center,    1 Carlise Dr.,
                 Natrona Heights, PA 15065
14931924*      +Avant,    222 N. LaSalle Street,    Suite 1700,    Chicago, IL 60601-1101
14931925*      +Borough of Tarentum,    c/o Karen Marietti, Tax Collector,    318 Second Ave.,
                 Tarentum, PA 15084-1835
14931926*      +CACH LLC/Resurgent Capital Services,    PO Box 1269,    Greenville, SC 29602-1269
14931927*      +Carrington Mortgage Services,    PO Box 3010,    Anaheim, CA 92803-3010
14931928*       Comcast Business,    P.O. Box 3002,    Southeastern, PA 19398-3002
14912540*       Credit One Bank,    P.O. Box 98872,    Las Vegas, NV 89193-8872
14912541*       Credit One Bank,    P.O. Box 98872,    Las Vegas, NV 89193-8872

```
District/off: 0315-2          User: gamr                    Page 2 of 2                  Date Rcvd: Oct 17, 2018
                              Form ID: 309I                 Total Noticed: 32


              ***** BYPASSED RECIPIENTS (continued) *****
14931929*         Credit One Bank,    P.O. Box 98872,    Las Vegas, NV 89193-8872
14931930*         Credit One Bank,    P.O. Box 98872,    Las Vegas, NV 89193-8872
14931931*         Credit One Bank,    P.O. Box 98872,    Las Vegas, NV 89193-8872
14931932*        +EMP of Alle-Kiski, LTD,    c/o Nationwide Recovery Systems,    2304 Tarpley,   Suite 134,
                   Carrollton, TX 75006-2470
14931933*         First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
14931934*        +Highlands School District,    PO Box 288,    Natrona Heights, PA 15065-0288
14931935*         Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
14931936*        +JC Penny Company,    c/o Synchrony Bank,    P.O. Box 965007,    Orlando, FL 32896-5007
14931937*        +Kays Jewelers,    PO BOX 4485,    Beaverton, OR 97076-4485
14912549*        +Keystone Collection Group,    546 Wendel Road,    Irwin, PA 15642-7539
14931938*        +Keystone Collection Group,    546 Wendel Road,    Irwin, PA 15642-7539
14931939*        +Keystone Collection Group,    546 Wendel Road,    Irwin, PA 15642-7539
14931941*       ++LENDUP CARD SERVICES INC,    237 KEARNY STREET,    STE 197,    SAN FRANCISCO CA 94108-4502
                  (address filed with court: Lendup Card Services,    225 Bush Street,   Suite 1100,
                   San Francisco, CA 94104)
14931940*        +Laboratory Corporation of America,    c/o American Medical Collection Agency,
                   4 Westchester Plaza,    Elmsford, NY 10523-1612
14931942*        +Mariner Finance,    8211 Towne Center Dr.,    Nottingham, MD 21236-5904
14931943*        +Merrick Bank,    P.O. Box 9201,    Old Bethpage, NY 11804-9001
14931944*         Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                   Harrisburg, PA 17128-0946
14931945*         Verizon,    500 Technology Drive, Suite 550,    Water Springs, MO 66304
14931946*        +Victoria Secret/Comenity Bank,    PO Box 182709,    Columbus, OH 43218-2709
                                                                                    TOTALS: 0, * 28, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue  Office of Attorney General
               akovalchick@attorneygeneral.gov
              James Warmbrodt    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for
               Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A
               bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Jeffrey C. Killian julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Joint Debtor Angelic M. Killian julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```