# MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Killian_____ JAD/TPA/(CMB)/GLT

Case Number: __18-23585__

Date of Meeting: __11/12/18__                                   Recording # __8__

Debtor(s) present __✓__ or Not Present _____ (__ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __K. Steidl_____ (Present __✓__ or Not Present _____)

Date of Plan at § 341: __10/16/18__ Applicable commitment period __✓__ 3 yrs ___ 5 yrs

*No payments can't to pre-bar date consent*

_____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD

_____ Order to Show Cause Requested
_____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
     _____ 341 Meeting     OR __✓__ Conciliation Conf. OR _____ *Contested Hearing
     On __1/10/19__ at __3:30__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee

FILED
2018 NOV 13 PM 2:38
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH