# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

FILED
5/6/19 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Conciliation Conference:**

- **Debtor:** JEFFREY C. & ANGELIC M. KILLIAN
- **Case Number:** 18-23585-CMB  **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 02, 2019 11:00 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#19 - Final Confirmation of Plan Dated 10/16/2018 (NFC)
R / M #: 19 / 0

**Appearances:**

- Debtor: Lamb
- Trustee: Winnecour / Pail / ~~Katz~~ / DeSimone
- Creditor: Kovalchick for PA Dept of Rev.

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __7/11/19__ at __2:30 pm__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

(1) PA Dept of Rev is researching issues related to claim. Some of the liability may be Debtor H's father.

(2) Also possible objection to mortgage claim because of forced placed insurance.

4/25/2019  3:29:49PM