UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA
CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

| | |
|---|---|
| Debtor: | JEFFREY C. & ANGELIC M. KILLIAN |
| Case Number: | 18-23585-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 11, 2019 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

## Matter:

#19 - Continued Confirmation of Plan Dated 10/16/2018 (NFC)
R / M #:  19 / 0

## Appearances:

Debtor: Frye
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: Kovalchick for Pa Dept of Rev

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✔ Plan/Motion continued to 10/24/19 at 2:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Con'lt for resolution of objection to mortgage & Pa Dept of Rev claim and amended plan to match claims to treatment*

7/2/2019    3:15:48PM