IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeffrey Killian<br>Angelic Killian<br>　　　　　　　　　　Debtors<br><br>Jeffrey Killian<br>Angelic Killian<br><br>　　　　　　　　　　Movants<br>vs.<br><br>Specialized Loan Servicing, LLC<br><br>　　　　　　　　　　Respondent | CHAPTER 13<br><br>BK.NO. 18-23585-CMB<br><br>Related to Doc. No. 44 |

## ORDER

Upon consideration of the Motion filed by Respondent, Specialized Loan Servicing, LLC, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for August 12, 2019 at 11:00 is hereby continued to September 11, 2019 at 11:00 a.m. in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

By the Court,

Dated: August 2, 2019

Chief U.S. Bankruptcy Judge

FILED
8/2/19 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-23585-CMB
Jeffrey C. Killian                                                      Chapter 13
Angelic M. Killian
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric            Page 1 of 1            Date Rcvd: Aug 02, 2019
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2019.
db/jdb          +Jeffrey C. Killian,   Angelic M. Killian,   504 E. Second Ave.,   Tarentum, PA 15084-1902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
        Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue    Office of Attorney General
         akovalchick@attorneygeneral.gov
        James   Warmbrodt    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for
         Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A
         bkgroup@kmllawgroup.com
        James   Warmbrodt    on behalf of Creditor    Morgan Stanley Mortgage Capital Holdings, LLC
         bkgroup@kmllawgroup.com
        James   Warmbrodt    on behalf of Creditor    Specialized Loan Servicing, LLC bkgroup@kmllawgroup.com
        Kenneth   Steidl    on behalf of Debtor Jeffrey C. Killian julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
         eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
         inberg.com
        Kenneth   Steidl    on behalf of Joint Debtor Angelic M. Killian julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
         eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
         inberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                 TOTAL: 8