# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | JEFFREY C. & ANGELIC M. KILLIAN |
| Case Number: | 18-23585-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 24, 2019 02:30 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

*FILED 2019 OCT 28 A 3: 39*

### Matter:

#19 - Continued Confirmation of Plan Dated 10/16/2018 (NFC)
R / M #: 19 / 0

### Appearances:

Debtor: *Lamb*
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

*Kovalatik / Tatan*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to _3/10/20_ at _11:30_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __X__ Other: THE §341 meeting is closed