# PROCEEDING MEMO

Date: 11/06/2019 10:00 am

In re: Jeffrey C. Killian and Angelic M. Killian

                                                              Bankruptcy No. 18-23585-CMB
                                                              Chapter: 13
                                                              Doc. # 39

**Appearances:** / Katz / , James C. Warmbrodt, Lauren Lamb

**Nature of Proceeding:** #39 Continued Objection to Respondent's Proof of Claim 14-2 of Select Portfolio Servicing

**Additional Pleadings:** #43 Response by Specialized Loan Servicing, LLC (filed previously)

**Judge's Notes:**

Continued to 1/15/20 at 11:00

                                                              FILED
                                                              11/6/19 4:50 pm
                                                              CLERK
                                                              U.S. BANKRUPTCY
                                                              COURT - WDPA

                                                              **Carlota M. Böhm**
                                                              **Chief U.S. Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffrey C. Killian  
Angelic M. Killian  
    Debtors

Case No. 18-23585-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Nov 06, 2019  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.  
db/jdb        +Jeffrey C. Killian,   Angelic M. Killian,   504 E. Second Ave.,   Tarentum, PA 15084-1902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:

        Anthony T. Kovalchick   on behalf of Creditor   Dep't of Revenue   Office of Attorney General akovalchick@attorneygeneral.gov  
        James Warmbrodt   on behalf of Creditor   Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
        James Warmbrodt   on behalf of Creditor   Morgan Stanley Mortgage Capital Holdings, LLC bkgroup@kmllawgroup.com  
        James Warmbrodt   on behalf of Creditor   Specialized Loan Servicing, LLC bkgroup@kmllawgroup.com  
        Kenneth Steidl   on behalf of Debtor Jeffrey C. Killian julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
        Kenneth Steidl   on behalf of Joint Debtor Angelic M. Killian julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                           TOTAL: 8