# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: § § **JEFFREY C. KILLIAN** § **ANGELIC M. KILLIAN** § **DEBTORS** § | **CASE NO. 18-23585-CMB** |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC as servicing agent for Atlantica, LLC** | **Specialized Loan Servicing, LLC as servicing agent for Morgan Stanley Mortgage Capital Holdings LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx2377**

Court Claim # (if known): 14-2
Amount of Claim: $84,573.48
Date Claim Filed: 02/01/2019

Phone:  (800) 315-4757
Last Four Digits of Acct.#:  2377

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx2377**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie E. Lea                              Date:              11/25/2019
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before November 25, 2019     via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Jeffrey C. Killian
504 E. Second Ave.
Tarentum, PA 15084

**Debtor**          *Via U.S. Mail*
Angelic M. Killian
504 E. Second Ave.
Tarentum, PA 15084

**Debtors' Attorney**
Kenneth Steidl
Steidl & Steinberg
707 Grant Street, Suite 2830 Gulf Tower
Pittsburgh, PA  15219

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219

Respectfully Submitted,

/s/ Natalie E. Lea
Natalie E. Lea