# PROCEEDING MEMO

Date: 01/15/2020 11:00 am

In re:  Jeffrey C. Killian
        Angelic M. Killian

                                                     Bankruptcy No. 18-23585-CMB
                                                     Chapter: 13
                                                     Doc. # 39

**Appearances:**  Katz  Warmbrodt, A. Steidl

**Nature of Proceeding:** #39 Continued Objection to Respondent's Proof of Claim 14-2 of Select Portfolio Servicing

**Additional Pleadings:** #43 Response by Specialized Loan Servicing, LLC (filed previously)

**Judge's Notes:**
   Order entered, Atty. Warmbrodt to ensure servicer receives it.


                                                                    Carlota M. Böhm
                                                                    Chief U.S. Bankruptcy Judge

FILED
1/16/20 12:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA