IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jeffrey Killian, | ) | Case No. 18-23585 CMB |
| Angelic Killian, | ) | |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Jeffrey Killian, | ) | Related to Doc. No. 58 |
| Angelic Killian, | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Select Portfolio Servicing, | ) | |
| *Respondent* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 17, 2020, a true and correct copy of the *Order of Court dated January 16, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Specialized Loan Servicing
Attn: Natalie Lea, Agent
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Jeffrey & Angelic Killian
504 E Second Ave.
Tarentum, PA 15084

Date of Service:    January 17, 2020    /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965