IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>Jeffrey Killian<br>Angelic Killian<br>    Debtors | :<br>:<br>:<br>:<br>: | Bankruptcy Case No. 18-23585 CMB<br>Chapter 13<br>Document No.  39<br>Related to Claim Number 14-2 |
| Jeffrey Killian<br>Angelic Killian<br>    Movants | :<br>:<br>: | |
| vs. | :<br>: | |
| Select Portfolio Servicing<br>    Respondents | :<br>: | |

### ORDER OF COURT

AND NOW, to wit, this \_\_\_\_15th\_\_\_\_ day of \_\_\_\_January\_\_\_\_, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) Select Portfolio Servicing is hereby ordered to AMEND their filed proof of claim to remove the hazard insurance charges assessed against this mortgage loan;

2) This amendment shall occur within 30 days of the date of this order or the claim will be STRICKEN in its entirety;

~~FURTHER ORDERED:~~

FILED
1/16/20 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Hon. Carlota M. Bohm
Chief U.S. Bankruptcy Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                            Case No. 18-23585-CMB
Jeffrey C. Killian                                                Chapter 13
Angelic M. Killian
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric                  Page 1 of 1                  Date Rcvd: Jan 16, 2020
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
db/jdb         +Jeffrey C. Killian,   Angelic M. Killian,    504 E. Second Ave.,    Tarentum, PA 15084-1902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2020 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              James Warmbrodt     on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for
               Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Morgan Stanley Mortgage Capital Holdings, LLC
               bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Specialized Loan Servicing, LLC bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Jeffrey C. Killian julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Joint Debtor Angelic M. Killian julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8