# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** JEFFREY C. & ANGELIC M. KILLIAN
**Case Number:** 18-23585-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MARCH 12, 2020 11:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#19 - Continued Confirmation of Plan Dated 10/16/2018 (NFC)
**R / M #:** 19 / 0

## Appearances:    A. Steidl

Debtor:
Trustee: ~~Winnecour~~ / Pail / Katz / DeSimone

Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 4-12-20
   Objections are due on or before 4-30-20
   A hearing on the Amended Plan is set for _____ at 5-21-20 @ 10

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
MAR 23 2020
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

3/5/2020    12:12:30PM