# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** JEFFREY C. & ANGELIC M. KILLIAN
- **Case Number:** 18-23585-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 21, 2020  10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

\# - Amended Plan Due 4/12/2020 (NFC)
   +Per Order Entered 3/26/2020 Amended Plan NOT filed
R / M #:  0 / 0

## Appearances:

- **Debtor:** A. Steidl
- **Trustee:** Winnecour / Pail / Katz / (DeSimone)
- **Creditor:** Tony Kavalchick  Pa Revenue

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

no defense to dismissal w/o prejudice

The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

FILED
5/26/20 7:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

5/13/2020    2:36:50PM