**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeffrey C. Killian** | : | Case No. 18–23585–CMB |
| **Angelic M. Killian** | : | Chapter: 13 |
| **fka Angelic M. Serena** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Per May 21, 2020 Proceeding |
| | : | |

## <u>ORDER DISMISSING CASE WITHOUT PREJUDICE AND</u>
## <u>TERMINATING WAGE ATTACHMENT</u>

      ***AND NOW,*** this ***The 26th of May, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

      (1)  The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23585-CMB
Jeffrey C. Killian                                                        Chapter 13
Angelic M. Killian
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric          Page 1 of 3          Date Rcvd: May 26, 2020
                             Form ID: 309          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db/jdb       +Jeffrey C. Killian,    Angelic M. Killian,    504 E. Second Ave.,    Tarentum, PA 15084-1902
cr           +Carrington Mortgage Services, LLC as servicer for,    1600 South Douglass Road,    Suite 200-A,
              Anaheim, CA 92806-5951
cr           +Dept of Revenue Office of Attorney General,    Anthony T. Kovalchick,    1251 Waterfront Place,
              Mezzanine Level,    Pittsburgh, PA 15222-4227
cr           +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, CO 80129-2386
14912533      Alle-Kiski Employees FCU,    c/o Alle-Kiski Medical Center,    1 Carlise Dr.,
              Natrona Heights, PA 15065
14931097     +Allegheny Valley Hospital Federal Credit Union,    1301 Carlisle Street,
              Natrona Heights, PA 15065-1152
14912535     +Borough of Tarentum,    c/o Karen Marietti, Tax Collector,    318 Second Ave.,
              Tarentum, PA 15084-1835
14912536     +CACH LLC/Resurgent Capital Services,    PO Box 1269,    Greenville, SC 29602-1269
14948728      CACH, LLC its successors and assigns as assignee,    of General Electric Capital Corporation,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14912537     +Carrington Mortgage Services,    PO Box 3010,    Anaheim, CA 92803-3010
14951015     +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14912542     +EMP of Alle-Kiski, LTD,    c/o Nationwide Recovery Systems,    2304 Tarpley,    Suite 134,
              Carrollton, TX 75006-2470
14912547     +Kays Jewelers,    PO BOX 4485,    Beaverton, OR 97076-4485
14912548     +Keystone Collection Group,    546 Wendel Road,    Irwin, PA 15642-7539
14912552     +Mariner Finance,    8211 Towne Center Dr.,    Nottingham, MD 21236-5904
14931942     +Mariner Finance, LLC,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
15069700     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
14942651      UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14942686      UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14912555     +Verizon,    500 Technology Drive, Suite 550,    Water Springs, MO 66304
14912556     +Victoria Secret/Comenity Bank,    PO Box 182709,    Columbus, OH 43218-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14948140      E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 03:57:16
              Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
              Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
14912534     +E-mail/Text: bk@avant.com May 27 2020 03:51:46       Avant,    222 N. LaSalle Street,    Suite 1700,
              Chicago, IL 60601-1101
14943209      E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 03:57:17
              CVI SGP-CO Acquisition Trust,    c/o Resurgent Capital Services,    PO BOX 10587,
              Greenville, SC 29603-0587
14951015     +E-mail/Text: BKBCNMAIL@carringtonms.com May 27 2020 03:50:44
              Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14912538      EDI: COMCASTCBLCENT May 27 2020 07:23:00       Comcast Business,    P.O. Box 3002,
              Southeastern, PA 19398-3002
14912539      E-mail/PDF: creditonebknotifications@resurgent.com May 27 2020 03:57:11       Credit One Bank,
              P.O. Box 98872,    Las Vegas, NV 89193-8872
14912543      EDI: AMINFOFP.COM May 27 2020 07:23:00       First Premier Bank,    3820 North Louise Avenue,
              Sioux Falls, SD 57107-0145
14912544     +E-mail/Text: dhowells@goldenrams.com May 27 2020 03:50:44       Highlands School District,
              PO Box 288,    Natrona Heights, PA 15065-0288
14912545      EDI: IRS.COM May 27 2020 07:23:00       Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
14912546     +EDI: RMSC.COM May 27 2020 07:23:00       JC Penny Company,    c/o Synchrony Bank,
              P.O. Box 965007,    Orlando, FL 32896-5007
14947338      EDI: JEFFERSONCAP.COM May 27 2020 07:23:00       Jefferson Capital Systems LLC,    Po Box 7999,
              Saint Cloud Mn 56302-9617
15160112      E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 03:57:16       LVNV Funding LLC,
              PO Box 10587,    Greenville, SC 29603-0587
14948125      E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 03:57:15
              LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
              FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14912550     +EDI: RMCB.COM May 27 2020 07:23:00       Laboratory Corporation of America,
              c/o American Medical Collection Agency,    4 Westchester Plaza,    Elmsford, NY 10523-1612
14912551     +E-mail/Text: ml-ebn@missionlane.com May 27 2020 03:49:47       Lendup Card Services,
              225 Bush Street,    Suite 1100,    San Francisco, CA 94104-4250
14912553     +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 27 2020 03:57:45       Merrick Bank,
              P.O. Box 9201,    Old Bethpage, NY 11804-9001
14913241     +EDI: PRA.COM May 27 2020 07:23:00       PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14912554      E-mail/Text: RV$VCBICNOTICE1@state.pa.us May 27 2020 03:51:16
              Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
              Harrisburg, PA 17128-0946

```
District/off: 0315-2           User: dric            Page 2 of 3           Date Rcvd: May 26, 2020
                               Form ID: 309           Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14934859       +EDI: JEFFERSONCAP.COM May 27 2020 07:23:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,   Po Box 7999,    Saint Cloud Mn 56302-7999
14951578       +E-mail/Text: bncmail@w-legal.com May 27 2020 03:51:29      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
                                                                                        TOTAL: 20
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Morgan Stanley Mortgage Capital Holdings, LLC
cr*            +LVNV Funding LLC,    PO Box 10587,   Greenville, SC 29603-0587
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*            +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
14931923*       Alle-Kiski Employees FCU,   c/o Alle-Kiski Medical Center,   1 Carlise Dr.,
                Natrona Heights, PA 15065
14931924*      +Avant,   222 N. LaSalle Street,   Suite 1700,   Chicago, IL 60601-1101
14931925*      +Borough of Tarentum,    c/o Karen Marietti, Tax Collector,   318 Second Ave.,
                Tarentum, PA 15084-1835
14931926*      +CACH LLC/Resurgent Capital Services,   PO Box 1269,   Greenville, SC 29602-1269
14931927*      +Carrington Mortgage Services,   PO Box 3010,   Anaheim, CA 92803-3010
14931928*       Comcast Business,   P.O. Box 3002,   Southeastern, PA 19398-3002
14912540*       Credit One Bank,   P.O. Box 98872,   Las Vegas, NV 89193-8872
14912541*       Credit One Bank,   P.O. Box 98872,   Las Vegas, NV 89193-8872
14931929*       Credit One Bank,   P.O. Box 98872,   Las Vegas, NV 89193-8872
14931930*       Credit One Bank,   P.O. Box 98872,   Las Vegas, NV 89193-8872
14931931*       Credit One Bank,   P.O. Box 98872,   Las Vegas, NV 89193-8872
14931932*      +EMP of Alle-Kiski, LTD,   c/o Nationwide Recovery Systems,   2304 Tarpley,   Suite 134,
                Carrollton, TX 75006-2470
14931933*       First Premier Bank,   3820 North Louise Avenue,   Sioux Falls, SD 57107-0145
14931934*      +Highlands School District,   PO Box 288,   Natrona Heights, PA 15065-0288
14931935*       Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
14931936*      +JC Penny Company,    c/o Synchrony Bank,   P.O. Box 965007,   Orlando, FL 32896-5007
14931937*      +Kays Jewelers,   PO Box 4485,   Beaverton, OR 97076-4485
14912549*      +Keystone Collection Group,   546 Wendel Road,   Irwin, PA 15642-7539
14931938*      +Keystone Collection Group,   546 Wendel Road,   Irwin, PA 15642-7539
14931939*      +Keystone Collection Group,   546 Wendel Road,   Irwin, PA 15642-7539
14931940*      +Laboratory Corporation of America,   c/o American Medical Collection Agency,
                4 Westchester Plaza,   Elmsford, NY 10523-1612
14931941*      +Lendup Card Services,   225 Bush Street,   Suite 1100,   San Francisco, CA 94104-4250
14931943*      +Merrick Bank,   P.O. Box 9201,   Old Bethpage, NY 11804-9001
14931944*       Pennsylvania Department of Revenue,   Bankruptcy Division,   PO Box 280946,
                Harrisburg, PA 17128-0946
14968154*       Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, Pa. 17128-0946
15162803*      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
14931945*       Verizon,   500 Technology Drive, Suite 550,   Water Springs, MO 66304
14931946*      +Victoria Secret/Comenity Bank,   PO Box 182709,   Columbus, OH 43218-2709
                                                                          TOTALS: 1, * 31, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                              Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Anthony T. Kovalchick   on behalf of Creditor Dep't of Revenue   Office of Attorney General
              akovalchick@attorneygeneral.gov
              James Warmbrodt   on behalf of Creditor   Carrington Mortgage Services, LLC as servicer for
              Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A
              bkgroup@kmllawgroup.com

```
District/off: 0315-2          User: dric          Page 3 of 3          Date Rcvd: May 26, 2020
                             Form ID: 309          Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James   Warmbrodt    on behalf of Creditor   Morgan Stanley Mortgage Capital Holdings, LLC
           bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    Specialized Loan Servicing, LLC bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Debtor Jeffrey C. Killian julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth  Steidl    on behalf of Joint Debtor Angelic M. Killian julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 8