**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFREY C. KILLIAN<br>ANGELIC M. KILLIAN<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-23585<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 09/10/2018  and confirmed on 01/14/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 18,925.00 |
| Less Refunds to Debtor | 1,577.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,348.00 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 2,500.00 | |
| 　Trustee Fee | 720.79 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,220.79 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　TARENTUM BOROUGH-R/E TAX* | 2,000.00 | 231.51 | 269.09 | 500.60 |
| 　　Acct: 4J54 | | | | |
| 　SPECIALIZED LOAN SERVICING LLC - SER | 0.00 | 9,830.08 | 0.00 | 9,830.08 |
| 　　Acct: 2377 | | | | |
| 　SPECIALIZED LOAN SERVICING LLC - SER | 6,769.00 | 2,807.23 | 0.00 | 2,807.23 |
| 　　Acct: 2377 | | | | |
| 　HIGHLANDS SD (TARENTUM) (RE) | 4,000.00 | 463.04 | 526.26 | 989.30 |
| 　　Acct: 4J54 | | | | |
| 　CVI SGP ACQUISITION TRUST | 5,184.40 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 6892 | | | | |
| 　INTERNAL REVENUE SERVICE* | 34,727.13 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9033 | | | | |
| 　PA DEPARTMENT OF REVENUE* | 51,222.10 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9033 | | | | |
| | | | | 14,127.21 |
| Priority | | | | |
| 　KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JEFFREY C. KILLIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 3,218.60 | 0.00 | 0.00 | 0.00 |
| Acct: 9033 | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY C. KILLIAN | 1,577.00 | 1,577.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 1,074.75 | 0.00 | 0.00 | 0.00 |
| Acct: 9033 | | | | |
| TARENTUM BOROUGH (EIT) | 213.02 | 0.00 | 0.00 | 0.00 |
| Acct: 9033 | | | | |
| TARENTUM BOROUGH (EIT) | 478.81 | 0.00 | 0.00 | 0.00 |
| Acct: 9033 | | | | |
| HIGHLANDS SD (TARENTUM) (EIT) | 212.57 | 0.00 | 0.00 | 0.00 |
| Acct: 9033 | | | | |
| HIGHLANDS SD (TARENTUM) (EIT) | 478.93 | 0.00 | 0.00 | 0.00 |
| Acct: 9033 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ALLEGHENY VALLEY HOSPITAL FCU | 5,996.53 | 0.00 | 0.00 | 0.00 |
| Acct: 2557 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 9,141.51 | 0.00 | 0.00 | 0.00 |
| Acct: 4636 | | | | |
| COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 556.40 | 0.00 | 0.00 | 0.00 |
| Acct: 0580 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,093.85 | 0.00 | 0.00 | 0.00 |
| Acct: 0033 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,493.25 | 0.00 | 0.00 | 0.00 |
| Acct: 8161 | | | | |
| EMP OF ALLE KISKI++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PREMIER BANKCARD LLC; JEFFERSON CA | 988.77 | 0.00 | 0.00 | 0.00 |
| Acct: 1901 | | | | |
| CACH LLC-ASSIGNEE | 536.88 | 0.00 | 0.00 | 0.00 |
| Acct: 5414 | | | | |
| ASHLEY FUNDING SERVICES LLC - ASSIG | 35.01 | 0.00 | 0.00 | 0.00 |
| Acct: 2270 | | | | |
| LENDUP TAB BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARINER FINANCE LLC | 847.38 | 0.00 | 0.00 | 0.00 |
| Acct: 5558 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5414 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANTHONY T KOVALCHICK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEYSTONE MUNIC COLLECTIONS** NOW K | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 18-23585 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| COMENITY BANK<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>   Acct: 9033 | 513.35 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON C/<br>   Acct: 1901 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES<br>   Acct: 9033 | 1,224.21 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES<br>   Acct: 9033 | 251.39 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>   Acct: 7363 | 2,242.30 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>   Acct: 9033 | 17,845.42 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY VALLEY HOSPITAL FCU<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                         14,127.21

   TOTAL CLAIMED
   PRIORITY                5,676.68
   SECURED              103,902.63
   UNSECURED            42.766.25

Date: 07/15/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com